UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JI DONG CHENG, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiff,<br><br>  v.<br><br>HSBC BANK USA, N.A.,<br><br>      Defendant. | Case No.: 1:20-CV-01551-BMC<br><br>**DECLARATION OF<br>MARK S. MELODIA<br>IN SUPPORT OF<br>HSBC BANK USA, N.A.'S<br>LETTER MOTION TO<br>COMPEL ARBITRATION** |

I, Mark S. Melodia, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

  1.  I am an attorney-at-law admitted to practice before the Eastern District of New York, a Partner of the law firm of Holland & Knight LLP, and counsel for Defendant HSBC Bank USA, N.A. ("HSBC") in the above-captioned matter. I submit this declaration in support of HSBC's Letter Motion to Compel Arbitration.

  2.  Annexed here to as **Exhibit A** is a true and correct copy of Plaintiff Ji Dong Cheng's application to open a Direct Savings Account with HSBC and reflecting Plaintiff's acknowledgment of acceptance and receipt of the Electronic Balance Transfer Service Agreement. Plaintiff's personally identifying information has been redacted. Exhibit A was provided to me by HSBC in the course of this litigation, and was produced to Plaintiff on May 5, 2020.

  3.  Annexed hereto as **Exhibit B** is a true and correct copy of HSBC's Rules for Consumer Deposit Accounts, referenced in Plaintiff's Complaint, in effect as of the date the account was opened. Exhibit B was provided to me by HSBC in the course of this litigation, and was produced to Plaintiff on May 5, 2020.

4.      Annexed hereto as **Exhibit C** is a true and correct copy of HSBC's Electronic Balance Transfer Service Agreement in effect as of the date the account was opened. Exhibit C was provided to me by HSBC in the course of this litigation, and was produced to Plaintiff on May 5, 2020.

5.      Annexed hereto as **Exhibit D** is a true and correct copy of HSBC's Direct Savings Account Terms & Charges Disclosure in effect as of the date the account was opened. Exhibit D was provided to me by HSBC in the course of this litigation, and was produced to Plaintiff on May 5, 2020.

Dated: May 14, 2020                                           /s Mark S. Melodia
                                                              Mark S. Melodia