# EXHIBIT A

# Verify your details

Please complete a final review of your details and edit if necessary.

## Personal details

| | |
|---|---|
| Name | Jim Cheng |
| Date of birth | **/**/▇ |
| SSN | ***-**-▇ |
| Email address | j******g@hotmail.com |

## Contact information

| | |
|---|---|
| Current Residential Address | ▇ Cypress TX 77429 UNITED STATES |
| Date moved | 06/01/2006 |
| Permanent address same as current? | Yes |
| Mailing address same as current? | Yes |
| Primary Phone number | ***-***-6308 |

## Citizenship

| | |
|---|---|
| U.S. citizen | Yes |
| Valid License / ID Card | Yes |
| Type of ID | U.S. DRIVER'S LICENSE |
| ID Number | ****▇ |
| Issuing State/Country | Texas |
| Issue date | 05/12/2015 |
| Expiration date | 05/16/2021 |

# Employment details

| | |
|---|---|
| Status | Self Employed |
| Occupation | COMPUTER PROGRAMMER |
| Earnings of Business | ███ |
| Category of employment industry | WHOLESALE TRADE |
| Employment industry description | COMPUTERS, PERIPHERALS & SOFTWARE |
| Nature of business | |
| Employer's Name | Forever Group |
| Employer's Country | UNITED STATES |
| Employer's / Business Address | ███████████████ Cypress TX 77429 UNITED STATES |
| Employer's / Business phone number | ███-6308 |
| Role | Business owner |

# Additional information

| | |
|---|---|
| Tax residency in another country? | No |
| Send or Receive International Wire Transfers | No |
| Purpose of Account | GENERAL SAVINGS |
| Source of income / wealth | Accumulated Savings |
| Account Funding today | Accumulated Savings |

# Account options

| | |
|---|---|
| Receive electronic banking code | Yes |
| Receive periodic emails | No |
| Fund Later? | |
| Account owner | Jim Cheng |
| Funding Type | Fund from another bank account |
| Amount | ▆▆▆▆ |
| Routing number | *****▆▆▆ |
| Account number | ********▆▆▆ |

# Jim - one last thing...

## Please complete Disclosures, Electronic Agreement, Tax Certification and E-Sign

> ⓘ To submit your application you must:
> - Read our disclosures and electronic agreement (see links below) and confirm your acceptance
> - Complete the tax certification and E-Sign
> - Click (or press Enter on) the "Submit Application" button
>
> We cannot open your account unless you complete and submit the application.

## Applicant Details

Account type

**Savings**

Full Name

**Jim Cheng**

Social Security Number

**\*\*\*-\*\***▮

Identification

**\*\*\***▮

Date of birth

**\*\*/\*\*/**▮

Phone number

**\*\*\*-\*\*\*-6308**

# Disclosures and Electronic Agreement

⚠ Please open each link before accepting (each one opens in a new window).

**Electronic Communications Disclosure**

Please open link before proceeding.

**Terms and Charges Disclosures (EN, PDF, 58l**

Please open link before proceeding.

**Online Disclosures**

Please open link before proceeding.

**Electronic Transfer Agreement**

Please open link before proceeding.

☐ I have read and accept the disclosures and agreement contained in the links above, which include consent to receive amendments and other documents related to my account electronically.

# Tax Certification

Account(s), and I agree that HSBC will handle my account(s) associated with this Agreement according to the "Rules For Consumer Deposit Accounts" (the "Rules") and the "Terms and Charges Disclosure," **and I acknowledge receiving copies of them**. I confirm that this Agreement and the "Rules" and "Terms and Charges Disclosure" are a binding contract between HSBC and me.

If more than one person is named in the title for any account, such account will be considered a joint account. Instructions which affect any of my joint accounts may be given by any joint account owner. Also, unless stated otherwise, each intends to create a joint deposit **payable to either (any) of them or the survivor.**

**Additional Terms:**
By signing or electronically accepting this Agreement, I authorize HSBC to accept oral or electronic instructions from me to open or close deposit account with the same effect as if I had signed them. HSBC may refuse to accept such instructions at any time. I agree to follow HSBC's security precautions and to provide my signature upon request. I understand that I will also receive the applicable "Terms and Charges Disclosure" each time a new deposit account is opened in the future. I further understand that I am bound by the "Rules" and "Terms and Charges Disclosure(s)" as they may be amended from time to time.

**IMPORTANT: If you are not a U.S. person, do not complete this Tax Certification. You will be unable to complete the online application. To continue, please call us for assistance in applying for an account by selecting the Contact Us link.**

I certify, under penalties or perjury, that:

1. The number shown above is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am a U.S. citizen or other U.S. person (defined in the instructions); and
3. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

   If you are exempt from Foreign Account Tax Compliance Act (FATCA) reporting (see IRS Form W-9 instructions), enter your exemption from FATCA reporting code (if any):
   _____ (Not applicable to individuals or required for accounts held in the U.S.)

4. Backup withholding status (check applicable box):

   ⦿ I am not subject to backup withholding because:
   a. I am exempt from backup withholding; or
   b. I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividents; or
   c. The IRS has notified me that I am no longer subject to backup withholding.

   ◯ I am subject to backup withholding because I have been notified by the IRS that I am currently subject to backup withholding due to failure to report all interest and dividends on my tax return.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

# E-Sign

Note: The name/TIN combination of the tax responsible person will be reported to the IRS.

By checking the box below and clicking the "Submit Application" button, I acknowledge that:

1. I will have completed an application to open and fund an account at HSBC Bank USA, N.A. and I accept all the terms and conditions governing the account at HSBC Bank USA, N.A.
2. All the information that I have provided during the application process is true and complete, including but not limited to my tax status.

The authorization shall be deemed to be your signature for all legal purposes and shall have the same legal effect as if it were your original handwritten signature.

Jim Cheng

**True and Legal Name**     May 21, 2019

**Check box to agree**     **Date**

About HSBC (http://www.about.us.hsbc.com/)
Contact Us (https://www.us.hsbc.com/customer-service/contact-us/)
Privacy (https://www.us.hsbc.com/online-privacy-statement/)
Security (https://www.us.hsbc.com/security/protect-you/)
Terms & Conditions (https://www.us.hsbc.com/site-terms-and-conditions/#HSBC-Website-Terms-and-Conditions)
HSBC Accessibility (https://www.us.hsbc.com/accessibility/)

© HSBC Bank USA, N.A. 2019. All Rights Reserved. Member FDIC.     Equal Housing Lender.